23156

ANDERSON COUNTY SCHOOL DISTRICT 1, Respondent v. ANDERSON COUNTY BOARD OF EDUCATION; Fred G. Dobbins, G. Hugh Durham, E. J. Wright, Jr., William R. Clary, Jr., Curtis W. Pennington, G. Mell Gerrard, J. M. Wingo, in their Official Capacities as Members of the Anderson County Board of Education; and Millard G. Smith, Executive Secretary of the Anderson County Board of Education, Petitioners.

(388 S. E. (2d) 815)

Supreme Court

*Robert L. Waldrep, Jr.,* and *Richard E. Thompson, Jr.,* of *Lowery, Hood & Thompson,* Anderson, *for petitioners.*

*Kenneth L. Childs, David T. Duff, Childs, Duff & Hardin, P.A.,* Columbia, and *H. Grady Kirven,* of *Watkins, Vandiver, Kirven, Gable & Gray,* Anderson, *for respondent.*

Heard Jan. 8, 1990.

Decided Feb. 5, 1990.

*Per Curiam:*

This Court issued a writ of certiorari to review the Court of Appeals' opinion in this case reported at 296 S. C. 260, 371 S. E. (2d) 807 (Ct. App. 1988). After careful consideration of the briefs, arguments and applicable law, we conclude that the writ was improvidently granted.

Accordingly, the writ of certiorari is dismissed as improvidently granted.